IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HAROLD KLASSEN, ) <br> ) <br> Defendant. ) <br> _____) | Case No. CR-95-100-E-BLW <br><br> **ORDER** |

Pending before the Court is Defendant's Application for Expungement of Criminal Record of Conviction (Docket No. 36). Defendant so moves because he has completed his sentence of probation, has been discharged from probation, has had no subsequent criminal violations, and is a productive member of society. He states that his standing in the community and his post-conviction record constitute a showing of extraordinary circumstances outweighing the Government's interest in maintaining law enforcement records.

According to Ninth Circuit authority, district courts do not have the power to expunge records of arrest and conviction solely for equitable considerations.

**Order - 1**

*United States v. Crowell*, 374 F.3d 790, 793 (9th Cir. 2004) (citing *United States v. Sumner*, 226 F.3d 1005, 1014 (9th Cir. 2000)).  The district court's jurisdiction is limited to expunging the record of unlawful arrests or convictions.  *Id.*  Any equitable power to expunge records of conviction is to be used only in extreme circumstances.  *United States v. Smith*, 940 F.2d 395, 396 (9th Cir. 1991).

While Defendant's successful completion of his term of probation and his subsequent family, community, and professional accomplishments are highly commendable, they do not constitute grounds for expunging the record of his lawful conviction despite any claimed impairments resulting from the conviction.  *Cf. Smith, supra* (disbarment and possible prohibition against reenlistment in the military are the "natural and intended collateral consequences of having been convicted.").  Accordingly,

IT IS HEREBY ORDERED that Defendant's Application for Expungement of Criminal Record of Conviction (Docket No. 36) is DENIED.

DATED:  **March 24, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

Order - 2